# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:07CR93-W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **FINAL ORDER AND JUDGMENT** |
| ) | **CONFIRMING FORFEITURE** |
| (1) PAUL PO CHAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On November 15, 2007, this Court entered a Consent Order and Judgment of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Counts Three, Five, Eight, Ten, Eleven and Thirteen in the Second Superseding Bill of Indictment. In Counts Three, Five, Eight, Ten and Thirteen, the Defendant was charged with violations of 18 U.S.C. § 1028A. In Count Eleven, the Defendant was charged with a violation of 18 U.S.C. § 1343.

From September 26, 2008 through October 25, 2008, the United States published, via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and notice to third parties of their right to petition the Court, within sixty days from September 26, 2008, for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed and that the time for filing such petitions has passed.

Based on the Plea Agreement, Consent Order and Judgment of Forfeiture and Judgment in a Criminal Case, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statue.

It is therefore ORDERED that:

In accordance with Rule 32.2(c)(2), the Consent Order and Judgment of Forfeiture is confirmed as final and that all right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**The sum of $5,755.00 in United States currency;**

**One United States Postal Money Order, No. XXXXXXX2384, in the amount of $1,000.00, and**

**One United States Postal Money Order, No. XXXXXXX2845, in the amount of $1,000.00.**

Signed: December 11, 2008

Frank D. Whitney
United States District Judge